JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, | Case: 5:15-CV-01800-VAP-(KKx) |
| Plaintiff, | **ORDER** |
| v. | |
| NORMAN W. GALLAUGHER, in his individual and representative capacity as trustee of the Gallaugher Exemption Trust; JOSE JAIME MEDINA; and Does 1-10, | |
| Defendants. | |

## ORDER

The entire case is hereby ordered dismissed with prejudice.

Dated: November 25, 2015  _/s/ Virginia A. Phillips_

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT COURT JUDGE